C. Brooks Cutter, SBN 121407
Kerrie D. Webb, SBN 211444
KERSHAW, CUTTER & RATINOFF, LLP
980 9th Street, Suite 1900
Sacramento, CA 95814
Telephone: (916) 448-9800
Fax: (916) 669-4499

Attorneys for Plaintiff
ASHLEY NIECE

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY NIECE, a minor, by and through her Guardian ad Litem, Shirley Stember,<br><br>    Plaintiff<br><br>vs.<br><br>SEARS, ROEBUCK AND CO.; SEARS HOLDINGS CORPORATION; SEARS BRANDS, LLC; ELECTROLUX HOME PRODUCTS, INC.; AMERICAN YARD PRODUCTS, INC.; KOHLER CO; and DOES 1 through 50, inclusive,<br><br>    Defendants.<br>_____/ | CASE NO.  06-cv1253-MCE-JFM<br><br>STIPULATION OF DISMISSAL OF DEFENDANT KOHLER CO. ONLY; ORDER |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that defendant KOHLER CO. ONLY in the above-captioned action is hereby dismissed without prejudice pursuant to Fed. R. Civ. Pro. 41(a)(1)(ii), each party to bear their own costs.

///

///

///

///

---

1  Stipulation to Dismiss Defendant Kohler Co.

1     IT IS FURTHER STIPULATED that this Stipulation may be signed in counterparts and
2 that a signature by facsimile shall be deemed counsel's original signature.

                                  Respectfully Submitted,

Dated: September ___, 2006         KERSHAW, CUTTER & RATINOFF, LLP

                                _____
                                KERRIE WEBB
                                Attorneys for Plaintiff ASHLEY NIECE

Dated: September ___, 2006         LAPLANTE & SPINELLI

                                _____
                                JOHN M. LAPLANTE
                                Attorneys for Defendant KOHLER CO.

Dated: September ___, 2006         PORTER, SCOTT, WEIBERG & DELEHANT

                                _____
                                CARL J. CALNERO
                                Attorneys for Defendants SEARS ROEBUCK AND CO.; SEARS HOLDING CORPORATION; SEARS BRANDS LLC; and HUSQVARNA OUTDOOR PRODUCTS, INC.

                            **APPROVED AND SO ORDERED:**

Dated:  October 10, 2006

                                _____
                                MORRISON C. ENGLAND, JR
                                UNITED STATES DISTRICT JUDGE