C. Brooks Cutter, SBN 121407
Kerrie D. Webb, SBN 211444
KERSHAW, CUTTER & RATINOFF, LLP
980 9th Street, Suite 1900
Sacramento, CA 95814
Telephone: (916) 448-9800
Fax: (916) 669-4499

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY NIECE, a minor, by and through her Guardian ad Litem, Shirley Stember,<br><br>Plaintiff<br><br>vs.<br><br>SEARS, ROEBUCK AND CO.; SEARS HOLDINGS CORPORATION; SEARS BRANDS, LLC; ELECTROLUX HOME PRODUCTS, INC.; AMERICAN YARD PRODUCTS, INC.; KOHLER CO; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.  2:06-CV-01253-MCE-EFB<br><br>STIPULATION TO EXTEND DISCOVERY DEADLINES; ORDER |

IT IS HEREBY STIPULATED by and between the parties, through their respective attorneys of record, in accordance with Local Rule 83-141, that discovery deadlines related to this matter should be extended as described herein, for the following good cause:

1. The parties have not yet completed non-expert discovery, and are coordinating dates for depositions. The depositions of plaintiffs, Ashley Niece and Shirley Stember, and witnesses William Niece, Christine Niece and Robert Niece, previously noticed by defendants, were unilaterally cancelled due to family medical reasons for plaintiff's counsel, and certain witnesses.

2. Plaintiff Ashley Niece lives out of state, and counsel for the parties are in the meet and confer process regarding the scheduling of her deposition. Shirley Stember is Ashley Niece's legal guardian, and counsel for the parties are in the meet and confer process regarding the

1  scheduling of her deposition.

2      3.    Plaintiff intends to take the depositions of defense witnesses, many of which will
3  likely take place out of state.

4      4.    The parties stipulate and propose that the following deadlines be continued:

5          a.    The discovery cut-off, currently set for September 28, 2007, should be
6              continued to December 15, 2007.

7          b.    The designation of expert witnesses, currently set for November 28, 2007,
8              should be continued to December 18, 2007.

9          c.    All expert discovery should be completed by February 28, 2008.

10          d.    All dispositive motions should be heard no later than April 28, 2008.

11      5.    The parties are not requesting a continuance of the pretrial conference set for May
12  12, 2008, nor of the trial date set for June 25, 2008.

13  IT IS FURTHER STIPULATED that a signature by facsimile shall be deemed counsel's
14  original signature.

Respectfully Submitted,

Dated:  September_____, 2007        KERSHAW, CUTTER & RATINOFF, LLP

By:_____/S/_____
C. BROOKS CUTTER
KERRIE WEBB
Attorneys for plaintiff
ASHLEY NIECE, a minor by and through her Guardian ad Litem, Shirley Stember

Dated:  September_____, 2007        PORTER SCOTT

By: :___/S/_____
CARL CALNERO
MARTIN JENSEN
Attorney for Defendants
SEARS, ROEBUCK AND CO.; SEARS HOLDINGS CORPORATION; SEARS BRANDS, LLC; and HUSQVARNA OUTDOOR PRODUCTS, INC.

## ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS HEREBY ORDERED that the above Stipulation between all parties is approved, and the new dates pertaining to the above-referenced action shall be set forth in accordance with the above stipulation between the parties.

IT IS FURTHER ORDERED that the 5/9/2008 Final Pretrial Conference is continued to 9/19/2008, the Joint Final Pretrial Statement is due not later than 9/5/2008 and the 6/16/2008 Jury Trial is continued to 11/3/2008.

DATED: October 3, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE