C. Brooks Cutter, SBN 121407
Kerrie D. Webb, SBN 211444
KERSHAW, CUTTER & RATINOFF, LLP
980 9th Street, Suite 1900
Sacramento, CA 95814
Telephone: (916) 448-9800
Fax: (916) 669-4499

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY NIECE, a minor, by and through her Guardian ad Litem, Shirley Stember,<br><br>Plaintiff<br><br>vs.<br><br>SEARS, ROEBUCK AND CO.; SEARS HOLDINGS CORPORATION; SEARS BRANDS, LLC; ELECTROLUX HOME PRODUCTS, INC.; AMERICAN YARD PRODUCTS, INC.; KOHLER CO; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 2:06-CV-01253-MCE-EFB<br><br>**STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 16-271** |

Pursuant to Local Rule 16-271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

Respectfully Submitted,

Dated: October 15, 2007          KERSHAW, CUTTER & RATINOFF, LLP

                                 By:_____/S/ Kerrie Webb_____
                                     C. BROOKS CUTTER
                                     KERRIE WEBB
                                     Attorneys for plaintiff
                                     ASHLEY NIECE, a minor by and through
                                     her Guardian ad Litem, Shirley Stember

-1-

Stipulation and Order to Elect Referral to VDRP

1  Dated: October __15_, 2007            PORTER SCOTT

3                                        By: :    /S/ Martin Jensen
                                             CARL CALNERO
4                                            MARTIN JENSEN
                                             Attorney for Defendants
5                                            SEARS, ROEBUCK AND CO.; SEARS
                                             HOLDINGS CORPORATION; SEARS
6                                            BRANDS, LLC; and HUSQVARNA
                                             OUTDOOR PRODUCTS, INC.

**ORDER**

12      IT IS SO ORDERED.

14  Dated: October 17, 2007

                                        _____
                                        MORRISON C. ENGLAND, JR
                                        UNITED STATES DISTRICT JUDGE

Stipulation and Order to Elect Referral to VDRP