1  C. Brooks Cutter, SBN 121407
   Kerrie D. Webb, SBN 211444
2  KERSHAW, CUTTER & RATINOFF, LLP
   980 9th Street, Suite 1900
3  Sacramento, CA 95814
   Telephone: (916) 448-9800
4  Fax: (916) 669-4499

5  Attorneys for Plaintiff

6

7

8              IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY NIECE, a minor, by and through her Guardian ad Litem, Shirley Stember,<br><br>Plaintiff<br><br>vs.<br><br>SEARS, ROEBUCK AND CO.; SEARS HOLDINGS CORPORATION; SEARS BRANDS, LLC; ELECTROLUX HOME PRODUCTS, INC.; AMERICAN YARD PRODUCTS, INC.; KOHLER CO; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 2:06-CV-01253-MCE-EFB<br><br>**AMENDED STIPULATION TO EXTEND DISCOVERY DEADLINES; [PROPOSED] ORDER** |

   IT IS HEREBY STIPULATED by and between the parties, through their respective attorneys of record, in accordance with Local Rule 83-141, that the discovery deadlines related to this matter should be extended as described herein, for the following good cause:

   1.   The depositions of plaintiffs, Ashley Niece and Shirley Stember, and witnesses William Niece, previously noticed by defendants, were unilaterally cancelled due to family medical reasons for plaintiff's counsel, and certain witnesses. They have been renoticed for November 2007.

   2.   Plaintiff intends to take the depositions of defense witnesses, many of which will likely take place out of state.

///

///

-1-

Amended Stipulation To Extend Discovery Deadlines; [Proposed] Order

3. The parties are amenable to mediating this case through the Court's Voluntary Dispute Resolution Program, and would like the opportunity to attempt to resolve the matter prior to disclosing expert witnesses.

4. The parties stipulate and propose that the following deadlines be continued:

    a. The discovery cut-off, currently set for December 15, 2007, should be continued to January 25, 2008.

    b. The designation of expert witnesses, currently set for December 18, 2007, should be continued to February 22, 2008.

    c. All expert discovery should be completed by May 23, 2008.

    d. All dispositive motions should be heard no later than August 22, 2008.

    e. The Final Pre-Trial Conference will be held on September 19, 2008.

        i. The Trial shall begin on November 3, 2008.

IT IS FURTHER STIPULATED that a signature by facsimile shall be deemed counsel's original signature.

Respectfully Submitted,

Dated: October __15__, 2007    KERSHAW, CUTTER & RATINOFF, LLP

By: _____/S/ Kerrie Webb_____
C. BROOKS CUTTER
KERRIE WEBB
Attorneys for plaintiff
ASHLEY NIECE, a minor by and through her Guardian ad Litem, Shirley Stember

Dated: October __15__, 2007    PORTER SCOTT

By: : _____/S/ Martin Jensen_____
CARL CALNERO
MARTIN JENSEN
Attorney for Defendants
SEARS, ROEBUCK AND CO.; SEARS HOLDINGS CORPORATION; SEARS BRANDS, LLC; and HUSQVARNA OUTDOOR PRODUCTS, INC.

**ORDER**

GOOD CAUSE APPEARING THEREFORE,

IT IS HEREBY ORDERED that the above Stipulation between all parties is approved, and the new dates pertaining to the above-referenced action shall be set forth in accordance with the above stipulation between the parties.

DATED: October 17, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

-3-