C. Brooks Cutter, SBN 121407
Kerrie D. Webb, SBN 211444
KERSHAW, CUTTER & RATINOFF, LLP
401 Watt Ave.
Sacramento, CA 95864
Telephone: (916) 448-9800
Fax: (916) 669-4499

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY NIECE, a minor, by and through her Guardian ad Litem, Shirley Stember,<br><br>Plaintiff<br><br>vs.<br><br>SEARS, ROEBUCK AND CO.; SEARS HOLDINGS CORPORATION; SEARS BRANDS, LLC; ELECTROLUX HOME PRODUCTS, INC.;  AMERICAN YARD PRODUCTS, INC.; KOHLER CO; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.  2:06-CV-01253-MCE-EFB<br><br>STIPULATION TO EXTEND DISCOVERY DEADLINES; ORDER |

IT IS HEREBY STIPULATED by and between the parties, through their respective attorneys of record, in accordance with Local Rule 83-141, that the discovery deadlines related to this matter should be extended as described herein, for the following good cause:

1. The parties have agreed to mediate this case with Karen Jacobsen, Esq., through the Court's Voluntary Dispute Resolution Program.  Prior to mediating this case, the plaintiffs must complete a damages assessment.  Additional time is needed for evaluating Ashley Niece's future medical care needs and costs, as well as determining the extent and impact of her physical limitations.   An orthopedic exam must be completed, and scheduling has been difficult in light of the remote location in Berne, Indiana where plaintiff lives.

2. The parties have agreed to mediate the case prior to taking defense witness depositions, and thus have agreed to extend the discovery deadlines in this case as follows:

a. The discovery cut-off, currently set for January 25, 2008, should be continued to March 17, 2008.

b. The designation of expert witnesses, currently set for February 22, 2008, should be continued to April 4, 2008.

c. All expert discovery should be completed by May 30, 2008.

d. All dispositive motions should be heard no later than August 22, 2008.

e. The Final Pre-Trial Conference will be held on September 19, 2008.

f. The Trial shall begin on November 3, 2008.

IT IS FURTHER STIPULATED that a signature by facsimile shall be deemed counsel's original signature.

Respectfully Submitted,

Dated: January __28__, 2008           KERSHAW, CUTTER & RATINOFF, LLP

By_____/s/ Kerrie Webb_____
      C. BROOKS CUTTER
      KERRIE WEBB
      Attorneys for plaintiff
      ASHLEY NIECE, a minor by and through her Guardian ad Litem, Shirley Stember

Dated: January __28__, 2008           PORTER SCOTT

By: :____/s/ Martin Jensen_____
      CARL CALNERO
      MARTIN JENSEN
      Attorney for Defendants
      SEARS, ROEBUCK AND CO.; SEARS HOLDINGS CORPORATION; SEARS BRANDS, LLC; and HUSQVARNA OUTDOOR PRODUCTS, INC.

## **ORDER**

GOOD CAUSE APPEARING THEREFORE,

IT IS HEREBY ORDERED that the above Stipulation between all parties is approved as to the following dates:

1. Discovery to be completed not later than March 21, 2008.
2. Expert discovery to be completed not later than May 21, 2008.
3. All dispositive motions shall be heard not later than July 21, 2008.
4. The Joint Final Pretrial Statement must be filed not later than October 31, 2008.
5. The September 19, 2008 Final Pretrial Conference is vacated and continued to November 21, 2008 at 9:00 a.m. in Courtroom 3.
6. The November 3, 2008 Bench Trial is vacated and continued to January 5, 2009 at 9:00 a.m. in Courtroom 3.

DATED: January 30, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Stipulation To Extend Discovery Deadlines; [Proposed] Order