C. Brooks Cutter, SBN 121407
Kerrie D. Webb, SBN 211444
KERSHAW, CUTTER & RATINOFF, LLP
401 Watt Ave.
Sacramento, CA 95864
Telephone: (916) 448-9800
Fax: (916) 669-4499

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY NIECE, a minor, by and through her Guardian ad Litem, Shirley Stember,<br><br>Plaintiff<br><br>vs.<br><br>SEARS, ROEBUCK AND CO.; SEARS HOLDINGS CORPORATION; SEARS BRANDS, LLC; ELECTROLUX HOME PRODUCTS, INC.;  AMERICAN YARD PRODUCTS, INC.; KOHLER CO; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.  2:06-CV-01253-MCE-EFB<br><br>STIPULATION TO EXTEND DISCOVERY DEADLINES AND TRIAL DATE; ORDER |

IT IS HEREBY STIPULATED by and between the parties, through their respective attorneys of record, in accordance with Local Rule 83-141, that the discovery deadlines and trial date related to this matter should be extended as described herein, for the following good cause:

1.   The parties have agreed to mediate this case with Karen Jacobsen, Esq., through the Court's Voluntary Dispute Resolution Program.  The mediation is scheduled for April 29, 2008.

2.   The parties have agreed to mediate the case prior to taking defense witness depositions, and thus have agreed to extend the discovery deadlines in this case as follows:

    a.   The discovery cut-off, currently set for March 21, 2008, should be continued to July 31, 2008.

    b.   The designation of expert witnesses, currently set for April 4, 2008, should be

-1-

1    continued to September 30, 2008.

2       c. All expert discovery should be completed by December 19, 2008.

3       d. All dispositive motions should be heard no later than April 17, 2009.

4       e. The Joint Final Pretrial Statement should be filed on June 5, 2009.

5       f. The Final Pre-Trial Conference should be held on June 26, 2009.

6       g. The Jury Trial should begin on July 27, 2009

7    IT IS FURTHER STIPULATED that a signature by facsimile shall be deemed counsel's original signature.

Respectfully Submitted,

Dated: April__3___, 2008    KERSHAW, CUTTER & RATINOFF, LLP

By_____
    C. BROOKS CUTTER
    KERRIE WEBB
    Attorneys for plaintiff
    ASHLEY NIECE, a minor by and through her Guardian ad Litem, Shirley Stember

Dated: April___3__, 2008    PORTER SCOTT

By: :_____
    CARL CALNERO
    MARTIN JENSEN
    Attorney for Defendants
    SEARS, ROEBUCK AND CO.; SEARS HOLDINGS CORPORATION; SEARS BRANDS, LLC; and HUSQVARNA OUTDOOR PRODUCTS, INC.

## **ORDER**

GOOD CAUSE APPEARING THEREFORE,

IT IS HEREBY ORDERED that the above Stipulation between all parties is approved as follows:

1) the discovery deadline is extended to 7/31/2008;

2) the discovery as to expert witnesses is extended to 12/19/2008;

3) the dispositive motions deadline is extended to 4/17/2009;

4) the 11/21/2008 Final Pretrial Conference is vacated and continued to 4/17/2009 at 9:00 a.m. in Courtroom 3;

5) the Joint Final Pretrial Statement is due not later than 8/28/2009;

6) the 1/5/2009 Jury Trial is vacated and continued to 11/2/2009 at 9:00 a.m. in Courtroom 7.

DATED: April 11, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulation To Extend Discovery Deadlines and Trial Date; [Proposed] Order