C. Brooks Cutter, SBN 121407
Kerrie D. Webb, SBN 211444
KERSHAW, CUTTER & RATINOFF, LLP
401 Watt Ave.
Sacramento, CA 95864
Telephone: (916) 448-9800
Fax: (916) 669-4499

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY NIECE, a minor, by and through her Guardian ad Litem, Shirley Stember,<br><br>Plaintiff<br><br>vs.<br><br>SEARS, ROEBUCK AND CO.; SEARS HOLDINGS CORPORATION; SEARS BRANDS, LLC; ELECTROLUX HOME PRODUCTS, INC.;  AMERICAN YARD PRODUCTS, INC.; KOHLER CO; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.  2:06-CV-01253-MCE-EFB<br><br>ORDER GRANTING PERMISSION  TO FILE APPLICATION TO APPROVE MINOR'S COMPROMISE UNDER SEAL |

**ORDER**

GOOD CAUSE APPEARING THEREFORE,

IT IS HEREBY ORDERED that the Stipulation between all parties requesting permission to file the Application to Approve Minor's Compromise under seal is approved.  The Application for Approval of the Minor's Compromise may be filed under seal pursuant to Rule 39-141.  The document shall remain sealed absent a new court order.

DATED: June 16, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

-1-

[Proposed] Order Granting Permission  To File Application To Approve Minor's Compromise Under Seal

PDF created with pdfFactory trial version www.pdffactory.com