1  C. Brooks Cutter, SBN 121407
   Kerrie D. Webb, SBN 211444
2  KERSHAW, CUTTER &  RATINOFF, LLP
   401 Watt Ave.
3  Sacramento, CA 95864
   Telephone: (916) 448-9800
4  Fax: (916) 669-4499

5  Attorneys for Plaintiff

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 ASHLEY NIECE, a minor, by and through         CASE NO.  2:06-CV-01253-MCE-EFB
   her Guardian ad Litem, Shirley Stember,

12         Plaintiff                             **STIPULATION TO DISMISS CASE WITH
                                                 PREJUDICE; ORDER**
13 vs.

14 SEARS, ROEBUCK AND CO.; SEARS
   HOLDINGS CORPORATION; SEARS
15 BRANDS, LLC; ELECTROLUX HOME
   PRODUCTS, INC.;  AMERICAN YARD
16 PRODUCTS, INC.; KOHLER CO; and
   DOES 1 through 50, inclusive,
17
                   Defendants.
18
        IT IS HEREBY STIPULATED by and between the parties to this action through their
19
   designated counsel that this case has settled in its entirety, and should be dismissed with prejudice
20
   pursuant to Fed. R. Civ. Pro. 41(a)(1)(ii), each party to bear their own costs.
21
22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

                                        -1-

PDF created with pdfFactory trial version www.pdffactory.com

1    IT IS FURTHER STIPULATED that this Stipulation may be signed in counterparts and

2    that a signature by facsimile shall be deemed counsel's original signature.

3

4                                                    Respectfully Submitted,

5    Dated:  November 11, 2008              KERSHAW, CUTTER & RATINOFF, LLP

6

7                                                    _____/s/ Kerrie Webb_____

8                                                    KERRIE WEBB
                                                     Attorneys for Plaintiff ASHLEY NIECE
9

10   Dated: November 11, 2008               PORTER SCOTT

11

12

13                                                   _____/s/ Martin N. Jensen_____
                                                     MARTIN N. JENSEN
14                                                   Attorneys for Defendants SEARS ROEBUCK AND
                                                     CO.; SEARS HOLDING CORPORATION; SEARS
15                                                   BRANDS LLC; and HUSQVARNA OUTDOOR
                                                     PRODUCTS, INC.
16

17

18                            **APPROVED AND SO ORDERED:**

19

20   **DATED:** November 14, 2008

21

22                                                   MORRISON C. ENGLAND, JR
                                                     UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28

                                            -2-

PDF created with pdfFactory trial version www.pdffactory.com